IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVE WILSON,<br><br>                    Plaintiff,<br><br>v.<br><br>WEISTEC ENGINEERING, INC.,<br><br>                    Defendants. | Civil Action No. 1:23-10606-LTS |

**PLAINTIFF STEVE WILSON'S ASSENTED TO MOTION TO EXTEND THE TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS.**

Plaintiff Steve Wilson ("Plaintiff") respectfully files this assented-to motion for an extension of time to file an opposition to Defendant Weistec Engineering's ("Defendant") Motion to Dismiss, Dkt. No. 6. Plaintiff's current deadline to file an opposition to the Motion to Dismiss is June 7, 2023. Plaintiff respectfully requests an extension up to and including June 16, 2023 to file his opposition.

In support of his request, Plaintiff states that the issues raised in Defendant's Motion to Dismiss warrant the need for additional time to investigate and analyze. Counsel for Defendant assent to Plaintiff's request for an extension of time to file his opposition.

[signatures to follow]

                            Respectfully submitted,

                            PLAINTIFF STEVE WILSON

                            By his attorneys,

                            */s/ Diana A. Balluku*
                            David G. Thomas (BBO No. 650854)
                            Diana A. Balluku (BBO No. 698128)
                            GREENBERG TRAURIG, LLP
                            One International Place
                            Boston, MA 02110
                            (617) 310-6000 (tel)
                            (617) 310-6001 (fax)
                            david.thomas@gtlaw.com
                            diana.balluku@gtlaw.com

DATED: June 6, 2023

## **CERTIFICATE OF SERVICE**

    I, Diana A. Balluku, counsel for Plaintiff Steve Wilson, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to all those non-registered participants.

                            */s/ Diana A. Balluku*
                            Diana A. Balluku

DATED: June 6, 2023